JUDGE BUCHWALD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

PANCOAST TRADING S.A.         :

        Plaintiff,        :

  - against -                  :

SEALIFT N.V.                  :

        Defendant.       :
------------------------------------------------------X

**07 CIV 8582**

07 CV _____
ECF CASE

OCT 03 2007
U.S.D.C. S.D.N.Y.
CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

        NONE.

Dated: October 3, 2007
      New York, NY

                The Plaintiff,
                PANCOAST TRADING S.A.

                By /s/ Claurisse Campanale Orozco
                Claurisse Campanale-Orozco (CC 3581)
                Thomas L. Tisdale (TT 5263)
                TISDALE LAW OFFICES, LLC
                11 West 42nd Street, Suite 900
                New York, NY 10036
                (212) 354-0025 – phone
                (212) 869-0067 – fax
                corozco@tisdale-law.com
                ttisdale@tisdale-law.com