

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
PANCOAST TRADING S.A.            :

       Plaintiff,            :        07 CV 8582 (NRB)

- against -                       :        ECF CASE

SEALIFT N.V.                      :

       Defendant.           :
------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a). The attachment is hereby vacated and the garnishees are directed to release any funds that they may have secured.

Dated: New York, NY
      November 12, 2007

By: _____
Claurisse Campanale Orozco (CC 3581)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025
(212) 869-0067
corozco@tisdale-law.com

SO ORDERED:

_____
U.S.D.J.